THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY ADAMSKY, on behalf of her minor child, *et al.*, | CASE NO. C19-1214-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to respond to Plaintiffs' complaint (Dkt. No. 23). The motion is GRANTED. The deadline for Defendants to respond to Plaintiffs' complaint is EXTENDED to October 7, 2019.

DATED this 27th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk