THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

JERRY ADAMSKY, on behalf of her minor child, LESLIE BERRY, on behalf of her minor child, VALERIE BERTHELOT, on behalf of her minor child, DESIREE BLACKBURN, on behalf of her minor child, JENNIFER BOIT, on behalf of her minor child, JULIE BROWN, on behalf of her minor child, SARAH CHARACTER, on behalf of her minor child, LINDSAY COLON, on behalf of her minor child, KRISTI FINLEY, on behalf of her minor child, CHRISTINA GARDNER, on behalf of her minor child, TARA GRAY, on behalf of her minor child, SHANE HOWARD, on behalf of his minor child, JENNIFER LEFLORE, on behalf of her minor child, ANDRA LOGAN, on behalf of her minor child, JENNIFER MAURER, on behalf of her minor child, MONICA MENDEZ, on behalf of her minor child, ERICA MOORE, on behalf of her minor child, BRANDIE MORGAN, on behalf of her minor child, SAYUJ PAUDEL, on behalf of her minor child, TARA PITTMAN, on behalf of her minor child, LYNDI REICHENBACH, on behalf of her minor child, CRYSTAL SEGURA, on behalf of her minor child, TIFFANY SEVCIK, on behalf of her minor child, BREANNA SIMPSON, on behalf of her minor child, GARY STANGO, JR., on behalf of his minor child, NYKITA STEEN, on behalf of her minor child, MEGAN TAYLOR, on behalf of her minor child, MARQUITA TUCKER, on behalf of her minor child, MARK WADE, on behalf of his

Case No.: 2:19-cv-01214-JCC

**STIPULATED MOTION TO STAY DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER**

**NOTE ON MOTION CALENDAR:**
**September 26, 2019**

STIPULATED MOTION TO STAY DEFS'
RESPONSE TO COMPLAINT
CASE NO.: 2:19-CV-01214-JCC

- 1 -

1  minor child, ALLISON WINSKE, on behalf
   of her minor child, JESSICA XAGORARIS,
2  on behalf of her minor child, PATRICK
   YOCKEY, on behalf of his minor child, and
3  ROBERT YOUNG, on behalf of his minor
   child, individually and on behalf of all others
4  similarly situated,

5                        Plaintiffs,

6        v.

7  AMAZON.COM, INC., a Delaware
   corporation, and A2Z DEVELOPMENT
8  CENTER, INC., a Delaware corporation,

9                        Defendants.

10

11                    **STIPULATION**

12        Plaintiffs Jerry Adamsky, Leslie Berry, Valerie Berthelot, Desiree Blackburn, Jennifer

13  Boit, Julie Brown, Sarah Character, Lindsay Colon, Kristi Finley, Christina Gardner, Tara Gray,

14  Shane Howard, Jennifer Leflore, Andra Logan, Jennifer Maurer, Monica Mendez, Erica Moore,

15  Brandie Morgan, Sayuj Paudel, Tara Pittman, Lyndi Reichenbach, Crystal Segura, Tiffany

16  Sevcik, Breanna Simpson, Gary Stango, Jr., Nykita Steen, Megan Taylor, Marquita Tucker,

17  Mark Wade, Allison Winske, Jessica Xagoraris, Patrick Yockey, and Robert Young, on behalf of

18  their minor children, individually and on behalf of all others similarly situated ("Plaintiffs"), and

19  Defendants Amazon.com, Inc. and a2z Development Center, Inc. (collectively, "Defendants")

20  jointly move to stay the date by which Defendants must respond to Plaintiffs' complaint (Dkt.

21  No. 1).  In support of this request, the Parties state as follows:

22        1.      On August 2, 2019, Plaintiffs filed a class action complaint against Defendants.

23  Dkt. No. 1.  On August 21, 2019, the Parties filed a stipulated motion for extension of time to

24  respond to the complaint until October 7, 2019.  Dkt. No. 23.  On August 27, 2019, the Court

25  granted the stipulated motion for an extension of time to respond to the complaint until October

26  7, 2019.  Dkt. No. 30.

27        2.      The Parties have agreed to stay the responsive pleading date, including a potential

28  motion to compel arbitration, until 30 days after a determination on the motion to compel

arbitration in the related case, *B.F. and A.A., minors, by and through their guardian Joey Fields, et al. v. Amazon.com, Inc., et al.*, United States District Court for the Western District of Washington, Case No. 2:19-cv-910-RAJ-MLP.  The parties further agree to continue the deadline to exchange initial disclosures until 14 days after Defendants file their responsive pleading in this action.

3.     The Parties further agree, subject to the Court's approval, to postpone the status conference scheduled for November 12, 2019, Dkt. 10, until a date to be determined by the Court after Defendants' deadline to file their response to Plaintiffs' Complaint.

4.     Pursuant to LR 23, the Parties further agree, subject to the Court's approval, good cause exists to extend the time in which Plaintiffs shall move for a determination under Fed. R. Civ. P. 23(c)(1) to a date to be determined by the Court in a future scheduling order.

NOW, THEREFORE, the Parties stipulate and request the Court to stay Defendants' deadline to file a response to Plaintiffs' complaint, including a potential motion to compel arbitration, until 30 days after a determination of the motion to compel arbitration in *B.F. and A.A., minors, by and through their guardian Joey Fields, et al. v. Amazon.com, Inc., et al.*, United States District Court for the Western District of Washington, Case No. 2:19-cv-910-RAJ-MLP.  The deadline for the parties to exchange initial disclosures shall be continued to 14 days after Amazon files its responsive pleading in this action.

Dated this 26th day of September, 2019.

Respectfully submitted,

By: *s/ Jeffrey A. Ware*
    Jeffrey A. Ware, WSBA No. 43779

FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:    206.389.4510
Facsimile:    206.389.4511
Email:    jware@fenwick.com

Laurence F. Pulgram (*pro hac vice*)
Tyler G. Newby (*pro hac vice*)
Molly R. Melcher (*pro hac vice*)
Armen N. Nercessian (*pro hac vice*)

STIPULATED MOTION TO STAY DEFS'
RESPONSE TO COMPLAINT
CASE NO.: 2:19-CV-01214-JCC

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE: 206-389-4510

1

Avery L. Brown (*pro hac vice*)
Mary M. Griffin (*pro hac vice*)

2

FENWICK & WEST LLP
555 California Street, 12th Floor

3

San Francisco, CA 94104
Telephone:  415.875.2300

4

Facsimile:   415. 281.1350
Email:       lpulgram@fenwick.com

5

             tnewby@fenwick.com
             mmelcher@fenwick.com

6

             anercessian@fenwick.com
             avery.brown@fenwick.com

7

             mgriffin@fenwick.com

8

*Attorneys for Defendants*
AMAZON.COM, INC. and

9

A2Z DEVELOPMENT CENTER, INC.

10

11

By:  <u>s/Matthew J. Ide,</u> WSBA No. 26002
     Matthew J. Ide, WSBA No. 26002

12

     IDE LAW OFFICE
     7900 SE 28th Street, Suite 500

13

     Seattle, WA 98040
     Tel.: 206.625.1326

14

     Fax: 206.622.0909
     mjide@yahoo.com

15

16

     Gary E. Mason (*pro hac vice*)
     WHITFIELD BRYSON & MASON LLP

17

     5101 Wisconsin Ave., NW, Ste. 305
     Washington, DC 20016

18

     Tel: 202.640.1160
     Fax: 202.429.2294

19

     gmason@wbmllp.com

20

     Gary M. Klinger (*pro hac vice*)
     KOZONIS & KLINGER, LTD.

21

     4849 N. Milwaukee Ave., Ste. 300
     Chicago, IL 60630

22

     Tel.: 312.283.3814
     Fax: 773.496.8617

23

     gklinger@kozonislaw.com

24

     *Attorneys for Plaintiffs and the Proposed
     Classes*

25

26

27

28

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE: 206-389-4510

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulated request for such relief, the deadline for Defendants to respond to Plaintiffs' complaint is stayed until 30 days after a determination of the motion to compel arbitration pending in *B.F. and A.A., minors, by and through their guardian Joey Fields, et al. v. Amazon.com, Inc., et al.*, United States District Court for the Western District of Washington, Case No. 2:19-cv-910-RAJ-MLP.  The deadline for the parties to exchange initial disclosures is continued to 14 days after Defendants file their responsive pleading in this action. The status conference scheduled for November 12, 2019, Dkt. 10, is postponed until a date after Defendants' deadline to file their response to Plaintiffs' Complaint to be determined by the Court.  Pursuant to LR 23, good cause exists to extend the time in which Plaintiffs shall move for a determination under Fed. R. Civ. P. 23(c)(1) to a date to be determined by the Court in a future scheduling order.

IT IS SO ORDERED.

DATED this _____ day of _____, 2019.


_____
THE HONORABLE JOHN C. COUGHENOUR


Presented by:

FENWICK & WEST LLP


By:  *s/Jeffrey A. Ware*_____
Jeffrey A. Ware, WSBA No. 43779

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email: jware@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
A2Z DEVELOPMENT CENTER, INC.

STIPULATED MOTION TO STAY DEFS'
RESPONSE TO COMPLAINT
CASE NO.: 2:19-CV-01214-JCC

- 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE: 206-389-4510

1

<u>**CERTIFICATE OF SERVICE**</u>

2

    I, Jeffrey A. Ware, hereby certify that on September 26, 2019, I caused the foregoing

3

**STIPULATED MOTION TO STAY DEFENDANTS' RESPONSE TO PLAINTIFFS'**

4

**COMPLAINT AND [PROPOSED] ORDER** to be served on the following parties as indicated

5

below:

| | |
|---|---|
| Matthew J. Ide, WSBA No. 26002<br>IDE LAW OFFICE<br>7900 SE 28th Street, Suite 500<br>Seattle, WA 98040<br>Tel.: 206.625.1326<br>Fax: 206.622.0909<br>mjide@yahoo.com<br><br>Gary E. Mason (*pro hac vice*)<br>WHITFIELD BRYSON & MASON LLP<br>5101 Wisconsin Ave., NW, Ste. 305<br>Washington, DC 20016<br>Tel: 202.640.1160<br>Fax: 202.429.2294<br>gmason@wbmllp.com<br><br>Gary M. Klinger (*pro hac vice*)<br>KOZONIS & KLINGER, LTD.<br>4849 N. Milwaukee Ave., Ste. 300<br>Chicago, IL 60630<br>Tel.: 312.283.3814<br>Fax: 773.496.8617<br>gklinger@kozonislaw.com<br><br>Attorneys for Plaintiffs and the Proposed<br>Classes | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X]  By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel] |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Dated:  September 26, 2019

22

                     By: *s/ Jeffrey A. Ware*
                         For Jeffrey A. Ware, WSBA No. 43779
                         FENWICK & WEST LLP

23

24

25

26

27

28

STIPULATED MOTION TO STAY DEFS'
RESPONSE TO COMPLAINT
CASE NO.: 2:19-CV-01214-JCC

- 6 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE: 206-389-4510