THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JERRY ADAMSKY *et al.*, | CASE NO. C19-1214-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., a Delaware Corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay Defendants' response to Plaintiffs' complaint (Dkt. No. 31). Having considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

1. The deadline for Defendants to respond to Plaintiffs' complaint is stayed until 30 days after a decision on the motion to compel arbitration pending in *Hall-O'Neil v. Amazon, Inc.*, C19-0910-RAJ-MLP (W.D. Wash.);

2. The deadline for the parties to exchange initial disclosures is continued to 14 days after Defendants file their responsive pleading in this action;

3. The status conference is postponed until after Defendants' deadline to file their response

| | |
|---|---|
| 1 | to Plaintiffs' Complaint, with the precise date to be determined by the Court; and |
| 2 | 4. Pursuant to Local Civil Rule 23, good cause exists to extend the time in which Plaintiffs |
| 3 | shall move for a decision under Federal Rule of Civil Procedure 23(c)(1) to a date to be |
| 4 | determined by the Court in a future scheduling order. |
| 5 | DATED this 27th day of September 2019. |

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk