THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY ADAMSKY, on behalf of her minor child, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. C19-1214-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue Defendants' response to Plaintiffs' complaint (Dkt. No. 35). The Court hereby GRANTS the motion and ORDERS as follows:

1. Defendants must respond to Plaintiffs' complaint by July 9, 2020;

2. The parties must exchange initial disclosures 14 days after Defendants file their responsive pleading;

3. After Defendants file their responsive pleading, the parties must promptly file a joint status report proposing a date for a status conference and a deadline for Plaintiffs to move

MINUTE ORDER
C19-1214-JCC
PAGE - 1

for a determination under Federal Rule of Civil Procedure 23(c)(1). If the parties cannot agree on dates, the parties may propose separate dates for the status conference and deadline under Rule 23(c)(1).

DATED this 8th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
