THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY ADAMSKY, on behalf of her minor child, *et al.*,<br><br>    Plaintiffs,<br>      v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>    Defendants. | CASE NO. C19-1214-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule regarding Defendants' arbitration motion (Dkt. No. 37). The Court hereby GRANTS the motion and ORDERS as follows:

1. Defendants must file their motion to compel arbitration by July 24, 2020;

2. Plaintiffs must file their opposition to Defendants' motion by August 12, 2020;

3. Defendants must file their reply by August 26, 2020;

4. The parties must exchange initial disclosures within 14 days after Defendants file their motion to compel arbitration; and

MINUTE ORDER
C19-1214-JCC
PAGE - 1

5. Good cause exists to extend the time under Western District of Washington Local Civil Rule 23(i)(3) for Plaintiffs to move for class certification under Federal Rule of Civil Procedure 23(c)(1). The Court will set a deadline for Plaintiff to move for class certification in a future scheduling order.

DATED this 7th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
