THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JERRY ADAMSKY, on behalf of her minor child, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. 2:19-CV-01214-JCC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, individually and on behalf of their minor child, voluntarily dismiss this action in its entirety without prejudice, each party to bear their own costs and fees.

Dated: July 17, 2020                                                                  Respectfully submitted,


*/s/ Gary M. Klinger*
Gary M. Klinger (admitted *pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

Gary E. Mason (admitted *pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Tel.: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

Matthew J. Ide (WSBA 26002)
**IDE LAW OFFICE**
7900 SE 28th Street, Suite 500
Seattle, WA 98040
Tel.: (206) 625-1326
Fax: (206) 622-0909
mjide@yahoo.com

*Attorney for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 17, 2020, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to all parties of record.

Dated: July 17, 2020               */s/ Gary M. Klinger*
                                   Gary M. Klinger (admitted *pro hac vice*)