THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY ADAMSKY, on behalf of her minor child, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. C19-1214-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs have filed a notice of voluntary dismissal and proposed order (Dkt. No. 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER
C19-1214-JCC
PAGE - 1

1   DATED this 20th day of July 2020.

2

3                                                   William M. McCool
                                                    Clerk of Court

4
                                                    s/Tomas Hernandez
5                                                   Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26